JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LINCOLN and SHURON OWENS,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., as Indenture Trustee Under the Indenture Relating to IMH Assets, Corp., Collateralized Asset-Backed Bonds, Series 2005-6; GMAC MORTGAGE, LLC, a Delaware Limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: CV 10-00289 DDP (PJWx)<br><br>**JUDGMENT**<br><br>Date: April 25, 2011<br>Time: 10:00 a.m.<br>Courtroom: 3 |

This matter came on for hearing before this Court on April 25, 2011, on the motion for summary judgment filed by defendants GMAC Mortgage, LLC and Wells Fargo Bank N.A. as indenture trustee under the indenture relating to IMH Asset Corp Collateralized Asset Backed Bonds 2005-6. After consideration of the evidence submitted by the parties and the arguments of counsel at hearing, and following this Court's issuance of an order granting defendants' motion for summary judgment,

///

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of defendants GMAC Mortgage, LLC and Wells Fargo Bank N.A. as indenture trustee under the indenture relating to IMH Asset Corp Collateralized Asset Backed Bonds 2005-6 and against plaintiffs Michael Lincoln and Shuron Owens on the merits. In addition, Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: May 23, 2011

*United States District Judge*